# United States District Court

------------------------- DISTRICT OF KANSAS---------------------------

| | |
|---|---|
| ELLA CLINTON, WILLIAM CARRICK, TERRI L. STAUFFER-SCHMIDT, JEAN P. WRIGHT, MICHAEL A. WEBBER, DONALD P. COX, HOWARD ROSEN, WAI HEE YUEN, and MARTHA E. MILLER COX,<br><br>      **Plaintiffs**,<br><br>      v.<br><br>**SECURITY BENEFIT LIFE INSURANCE COMPANY,**<br><br>      **Defendant.** | Case No. 5:20-CV-04038-HLT-KGG |

## JUDGMENT IN A CIVIL CASE

☐   Jury Verdict.  This action came before the Court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☒   Decision by the Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.

Pursuant to the Memorandum and Order (Doc. 100), Plaintiffs' first amended complaint is dismissed without prejudice. This case is closed.

IT IS SO ORDERED.

Dated:  February 12, 2021            TIMOTHY M. O'BRIEN
                                     CLERK OF THE DISTRICT COURT

                                     by:  */s/ M. Deaton*
                                              Deputy Clerk