IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ELLA CLINTON, a Florida resident, WILLIAM CARRICK, a Florida resident, HOWARD ROSEN, a California resident, TERRI L. STAUFFER-SCHMIDT, an Arizona resident, DONALD P. COX and MARTHA E. MILLER COX, Arizona residents, WAI HEE YUEN, an Arizona resident, MICHAEL A. WEBBER, an Illinois resident, Jean P. Wright, a Nevada resident, individually and on behalf of themselves and others similarly situated | |
| Plaintiffs, | **Case No. 5:20-cv-04038-HLT-RES** |
| v. | |
| SECURITY BENEFIT LIFE INSURANCE COMPANY, a Kansas corporation, | |
| Defendant. | |

**NOTICE OF WITHDRAWAL OF COUNSEL**

Pursuant to D. Kan. Rule 83.5.5(b), Alexandra N.C. Rose hereby withdraws as counsel of record for Defendant in this case. Defendant will continue to be represented by the following attorneys admitted to practice before this Court: Anthony F. Rupp, Sarah E. Stula and Holly A. Dyer. Additionally, Defendant will continue to be represented by the following attorneys admitted *pro hac vice* before this court: Robert D. Phillips, Jr., Samuel J. Park, Gillian H. Clow and Jonathan J. Kim

Respectfully submitted,

*/s/ Alexandra N.C. Rose*

Alexandra N.C. Rose, #27247
FOULSTON SIEFKIN LLP
1551 N. Waterfront Parkway, Suite 100
Wichita, Kansas 67206-4466
Phone: 316.291.9796
Fax: 316.771.6149
E-mail: nrose@foulston.com
*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of August 2024, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system that will send notice of electronic filing to all parties of record.

*/s/ Alexandra N.C. Rose*
Alexandra N.C. Rose, #27247