**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

ELLA CLINTON, a Florida resident, WILLIAM CARRICK, a Florida resident, HOWARD ROSEN, a California resident, TERRI L. STAUFFER-SCHMIDT, an Arizona resident, DONALD P. COX and MARTHA E. MILLER COX, Arizona residents, WAI HEE YUEN, an Arizona resident, MICHAEL A. WEBBER, an Illinois resident, individually and on behalf of themselves and others similarly situated,

Plaintiffs,

vs.

SECURITY BENEFIT LIFE INSURANCE COMPANY, a Kansas corporation,

Defendant.

Case No. 20-4038-HLT-RES

**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**
**OF ELLA CLINTON'S CLAIMS**

Pursuant to Rule 41(a)(1)(A)(ii), Plaintiffs Ella Clinton, William Carrick, Howard Rosen, Terri L. Stauffer-Schmidt, Donald P. Cox, Martha E. Miller Cox, Wai Hee Yuen, and Michael A. Webber and Defendant Security Benefit Life Insurance Company ("Security Benefit") (collectively, the "Parties"), by and through undersigned counsel, hereby stipulate that all claims asserted in this litigation by Ella Clinton be dismissed without prejudice.

The Parties further stipulate as follows:

(1) Plaintiffs will not assert claims against Security Benefit stemming from (a) Security Benefit's design or marketing of, or (b) allocations by plaintiffs or policyholders to, (i) the BNP Paribas High Dividend Plus Annual Point to Point Index Account and/or (ii) the BNP Paribas High Dividend Plus 2-Year Point to Point Index Account (the "BNP Accounts").

(2) For the avoidance of doubt, Plaintiffs intend to pursue claims stemming from Security Benefit's design and/or marketing of other indices and/or index crediting options, even if the Plaintiff or class member also allocated or reallocated to one or both BNP Accounts. For example, if a named Plaintiff or class member allocated to the Annuity Linked TVI Index Account ("ALTVI") and one or both BNP Accounts—either as an initial allocation or a subsequent reallocation—Plaintiffs intend to seek all claims and damages associated with and/or stemming from the purchase and allocation to ALTVI but will not be pursuing claims or damages associated with the BNP Accounts.

(3) Plaintiffs stipulate to the authenticity of Ms. Clinton's policy file related documents that she has produced in this action, specifically documents bates labeled CLINTON000000001–CLINTON000000740 and CLINTON000741–CLINTON006002.

(4) Though Security Benefit does not anticipate doing so, it reserves the right to issue a subpoena to Ms. Clinton. Plaintiffs reserve the right to challenge any subpoena issued to Ms. Clinton.

Respectfully submitted,

*/s/ Eric D. Barton*
Steven G. Sklaver, *pro hac vice*
Glenn C. Bridgman, *pro hac vice*
Michael Adamson, *pro hac vice*
SUSMAN GODFREY LLP
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: 310-789-3100
Fax: 310-789-3150
ssklaver@susmangodfrey.com
gbridgman@susmangodfrey.com
madamson@susmangodfrey.com

Seth Ard, *pro hac vice*

*/s/ Anthony F. Rupp*
Robert D. Phillips, Jr., *pro hac vice*
Samuel J. Park, *pro hac vice*
Gillian H. Clow, *pro hac vice*
Jonathan J. Kim, *pro hac vice*
ALSTON & BIRD LLP
Tel: 213-576-1000
Fax: 213-576-1100
Bo.Phillips@alston.com
Samuel.Park@alston.com
Gillian.Clow@alston.com
Jonathan.Kim@alston.com

Holly A. Dyer, KS #16644

Russell Rennie, *pro hac vice*
SUSMAN GODFREY LLP
One Manhattan West
New York, NY 10001-8602
Tel: (212) 336-8330
Fax: (212) 336-8340
sard@susmangodfrey.com
rrennie@susmangodfrey.com

Eric D. Barton, KS #16503
WAGSTAFF & CARTMELL, LLP
4740 Grand Ave. Ste. 300
Kansas City, MO 64112
Tel: (816) 701-1100
ebarton@wcllp.com

Andrew S. Friedman (*pro hac vice*)
Francis J. Balint, Jr. (*pro hac vice*)
BONNETT FAIRBOURN FRIEDMAN &
BALINT, PC
2325 East Camelback Road, Suite 300
Phoenix, AZ 85016
Tel: 602-274-1100
afriedman@bffb.com
fbalint@bffb.com

Adam M. Moskowitz, *pro hac vice*
Howard M. Bushman, *pro hac vice*
Joseph M. Kaye, *pro hac vice*
THE MOSKOWITZ LAW FIRM, PLLC
2 Alhambra Plaza
Suite 601
Coral Gables, FL 33134
Tel: 305-740-1423
adam@moskowitz-law.com
howard@moskowitz-law.com
joseph@moskowitz-law.com

Ingrid M. Evans, *pro hac vice*
EVANS LAW FIRM, INC.
3053 Fillmore Street #236
San Francisco, CA 94123
Tel: 415-441-8669
Ingrid@evanslaw.com

*Attorneys for Plaintiffs*

FOULSTON SIEFKIN LLP
Tel: 316-267-6371
Fax: 316-267-6345
hdyer@foulston.com

Anthony F. Rupp KS# 11590
FOULSTON SIEFKIN LLP
Tel: 913-498-2100
Fax: 913-498-2101
9225 Indian Creek Pkwy., Ste. 600
Overland Park, KS 66210
trupp@foulston.com

*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was electronically filed and served on all counsel of record.

*/s/ Eric D. Barton*
Eric D. Barton