IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| WILLIAM CARRICK, a Florida resident, HOWARD ROSEN, a California resident, TERRI L. STAUFFER-SCHMIDT, an Arizona resident, DONALD P. COX, and MARTHA E. MILLER COX, Arizona residents, WAI HEE YUEN, an Arizona resident, MICHAEL A. WEBBER, an Illinois resident, individually and on behalf of themselves and others similarly situated,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>SECURITY BENEFIT LIFE INSURANCE COMPANY,<br><br>　　　　Defendant. | No. 5:20-cv-04038-HLT-RES |

**PLAINTIFFS' NOTICE OF MOTION
AND MOTION FOR CLASS CERTIFICATION**

Please take notice that Plaintiffs William Carrick, Howard Rosen, Terri Stauffer-Schmidt, Donald Cox, Martha Miller-Cox, Wai Hee Yuen, and Michael Webber (collectively, "Plaintiffs") hereby move this Court for an order certifying this case, which consists of class claims for (1) violation of the Racketeer Influenced and Corrupt Organizations Act (RICO), 18 U.S.C. §§ 1962(c), 1964(c); (2) violation of the California Unfair Competition Law (UCL), Cal. Bus. & Prof. Code § 17200; (3) violation of the Illinois Consumer Fraud Act, 815 ILCS 505/2; (4) violation of the Arizona Consumer Fraud Act, A.R.S. § 44-1521; and (5) common-law fraud under the laws of Arizona, California, Florida, and Illinois, as a class action pursuant to Federal Rule of Civil Procedure 23(b)(3) on behalf of the following Classes and Sub-classes:

1. **Nationwide Class.** All owners of a TVA or SIA annuity issued by Security Benefit on or before December 31, 2016, for which any portion of the Initial Purchase Payment was allocated to the ALTVI, TVBI, or MSDA Index Accounts.[1]

2. **Arizona Sub-class.** All members of the Nationwide Class whose annuities were issued in Arizona.

3. **California Sub-class.** All members of the Nationwide Class whose annuities were issued in California.

4. **Florida Sub-class.** All members of the Nationwide Class whose annuities were issued in Florida.

5. **Illinois Sub-class.** All members of the Nationwide Class whose annuities were issued in Illinois.

Plaintiffs request that they be appointed by the Court as class representatives for the aforementioned Class and Sub-classes as follows:

- All Plaintiffs as class representatives for the Nationwide Class;

- Plaintiffs Donald Cox, Martha-Miller Cox, and Wai Hee Yuen as class representatives for the Arizona Sub-class;

- Plaintiff Howard Rosen as class representative for the California Sub-class;

- Plaintiff William Carrick as class representative for the Florida Sub-class;

- Plaintiffs Terri Stauffer-Schmidt and Michael Webber as class representatives for the Illinois Sub-class.

In the alternative, if the Court does not certify the Nationwide Class, Plaintiffs request that the Court certify the following alternative classes and appoint the proposed class representatives as follows:

- **Alternative Backcasting Match Class.** All owners of a policy listed in Ex. 3 to the Declaration of James Rouse. (Class Representatives: All Plaintiffs except Carrick);

- **Alternative Backcasting Receipt Class.** All members of the Nationwide Class who, prior to submitting their annuity applications to Security Benefit, received a document depicting backcasted returns for whichever of the ALTVI, TVBI, or MSDA Index Accounts a portion

---

[1] Capitalized terms not otherwise defined have the same meanings as in SBL's SIA and TVA annuity contracts.

of the Initial Purchase Payment had been allocated to. (Class Representatives: All Plaintiffs).

Plaintiffs also alternatively request certification of the applicable alternative State Sub-classes, which are each a sub-class of the proposed alternative classes above, with the same class representative for each applicable State Sub-Class proposed above. For example, the three proposed state-specific Alternative Backcasting Match Sub-Classes and proposed class representatives would be as follows:

- **Alternative Arizona Backcasting Match Sub-class**: All members of the Alternative Backcasting Match Class whose annuities were issued in Arizona. (Class Representatives: Donald Cox, Martha-Miller Cox, and Yuen);

- **Alternative California Backcasting Match Sub-class**: All members of the Alternative Backcasting Match Class whose annuities were issued in California. (Class Representative: Rosen);

- **Alternative Illinois Backcasting Match Sub-class**: All members of the Alternative Backcasting Match Class whose annuities were issued in Illinois. (Class Representative: Stauffer-Schmidt and Webber).

In the event the Court determines that class-wide treatment is not appropriate as to some, but not all, of the Synthetic Indices; or determines that it is appropriate to sub-divide the proposed Nationwide Class by Synthetic Index, Plaintiffs request that the proposed Class, alternative Classes, and Sub-classes be defined by Synthetic Index, as appropriate. For example, the proposed Nationwide Class would be defined as divided into three Sub-classes and corresponding state sub-classes, with the nationwide classes defined as:

- **Nationwide ALTVI Sub-class.** All owners of a TVA annuity issued by Security Benefit on or before December 31, 2016, for which any portion of the Initial Purchase Payment was allocated to the ALTVI Index Account. (Class Representatives: All Plaintiffs except Rosen).

- **Nationwide TVBI Sub-class.** All owners of a TVA annuity issued by Security Benefit on or before December 31, 2016, for which any portion of the Initial Purchase Payment was allocated to the TVBI Index Account. (Class Representative: Webber).

- **Nationwide MSDA Sub-class.** All owners of an SIA annuity issued by Security Benefit on or before December 31, 2016, for which any portion of the Initial Purchase Payment was allocated to the MSDA Index Account. (Class Representative: Rosen).

Excluded from each of the foregoing Classes, Sub-classes, and Alternative Classes are Defendant Security Benefit Life Insurance Company, its officers and directors, members of their immediate families, and the heirs, successors or assigns of any of the foregoing; anyone employed with Plaintiffs' counsel's firms; and any Judge to whom this case is assigned, and her or his immediate family. Finally, Plaintiffs requests certification of any other subclass for which the Court determines certification is warranted in the alternative to the classes above.

Plaintiffs further request that Susman Godfrey L.L.P. be appointed as Class Counsel for each of the proposed Classes and Sub-Classes, or Alternative Classes and Alternative Sub-Classes.

This motion is based upon this Notice, Plaintiffs' Memorandum of Law in Support of Class Certification, the declarations of Russell Rennie, James Rouse, Frederick Egler, Craig McCann, and the Plaintiffs, and accompanying exhibits, filed concurrently herewith, all the pleadings, documents, and records on file herein, and on such other evidence and argument as may be requested or permitted by the Court on this motion.

Dated: June 13, 2025

By: s/ Eric Barton
Eric D. Barton (KS #16503)
Tyler W. Hudson (KS #20293)
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Telephone: (816)701-1100
Fax: (816) 531-2372
ebarton@wcllp.com
thudson@wcllp.com

Steven G. Sklaver (*pro hac vice*)
Glenn Bridgman (*pro hac vice*)
Michael Adamson (*pro hac vice*)

**SUSMAN GODFREY LLP**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Tel: 310-789-3100
Fax: 310-789-3150
ssklaver@susmangodfrey.com
gbridgman@susmangodfrey.com
madamson@susmangodfrey.com

Seth Ard (*pro hac vice*)
Russell Rennie (*pro hac vice*)
**SUSMAN GODFREY LLP**
One Manhattan West
New York, NY 10001
Tel.: 212-336-8330
Fax: 212-336-8340
sard@susmangodfrey.com
rrennie@susmangodfrey.com

Andrew S. Friedman (*pro hac vice*)
Francis J. Balint, Jr. (*pro hac vice*)
**BONNETT FAIRBOURN FRIEDMAN & BALINT, PC**
7301 North 16th St., Suite 102
Phoenix, AZ 85020
Tel.: (602) 274-1100
afriedman@bffb.com
fbalint@bffb.com

Adam M. Moskowitz (*pro hac vice*)
Howard Mitchell Bushman (*pro hac vice*)
Joseph M. Kaye (*pro hac vice*)
**THE MOSKOWITZ LAW FIRM, PLLC**
3250 Mary Street
Miami, FL 33133
Tel: (305) 740-1423
Fax: (786) 298-5737
adam@moskowitz-law.com
howard@moskowitz-law.com
joseph@moskowitz-law.com

Ingrid M. Evans (*pro hac vice*)
**EVANS LAW FIRM, INC.**
3053 Fillmore Street, Suite 236
San Francisco, CA 94123
Tel: (415) 441-8669
Ingrid@evanslaw.com

*ATTORNEYS FOR PLAINTIFFS*

## CERTIFICATE OF SERVICE

I certify that on June 13, 2025, I electronically filed the foregoing document with the clerk of the Court and served counsel of record via the CM/ECF system.

Dated: June 13, 2025

s/ *Eric Barton*
Attorney for Plaintiffs
