IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ELLA CLINTON, a Florida resident, WILLIAM CARRICK, a Florida resident, HOWARD ROSEN, a California resident, TERRI L. STAUFFER-SCHMIDT, an Arizona resident, DONALD P. COX and MARTHA E. MILLER COX, Arizona residents, WAI HEE YUEN, an Arizona resident, MICHAEL A. WEBBER, an Illinois resident, individually and on behalf of themselves and others similarly situated,<br><br>                 Plaintiffs,<br><br>vs.<br><br>SECURITY BENEFIT LIFE INSURANCE COMPANY, a Kansas corporation,<br><br>                 Defendant. | Case No. 20-4038-HLT-RES |

**DECLARATION OF CRAIG WEISHAAR IN SUPPORT OF DEFENDANT SECURITY BENEFIT LIFE INSURANCE COMPANY'S <u>OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION</u>**

1

I, Craig Weishaar, declare as follows:

## I. INTRODUCTION

1. I am currently the Vice President of Direct Relationships at Security Benefit Life Insurance Company ("Security Benefit"). I submit this declaration in support of Security Benefit's Opposition to Plaintiffs' Motion for Class Certification ("Opposition"). I have personal knowledge of the facts set forth herein or have obtained such knowledge from documents, reports, or data made or recorded at or near the time of the relevant events by persons with knowledge of the facts stated therein and kept in the course of Security Benefit's regularly conducted business activities. If called as a witness, I could and would competently testify to the facts stated herein.

2. I joined Security Benefit in December 1999. I have held various roles and titles at Security Benefit over the last 25 years, including business development analyst, director, assistant vice president, second vice president, and vice president. I have been the Vice President of Direct Relationships since approximately 2017. In my current role, my responsibilities include developing and providing support for the independent marketing organization ("IMO") channel as part of the Security Benefit distributor direct business line, and I was involved in the marketing of the Secure Income Annuity ("SIA") and Total Value Annuity ("TVA") through the IMOs. Through my employment with Security Benefit, I am also familiar with the business structure, practices, procedures, documents, and records of Security Benefit.

## II. SECURITY BENEFIT DISTRIBUTED THE SIA AND TVA THROUGH IMOS AND NON-CAPTIVE, INDEPENDENT PRODUCERS

3. Security Benefit's SIA and TVA were distributed by independent insurance producers. Security Benefit appointed these independent insurance producers to sell the SIA and TVA and entered into written selling agreements with these producers. These independent insurance producers are neither employees nor "captive" producers of Security Benefit. A non-

2

captive independent producer means that the producer may contract with multiple IMOs and multiple insurance carriers to offer many different insurance products.

4.  Security Benefit worked with one IMO, Advisors Excel, LLC ("Advisors Excel"), to distribute the SIA through independent producers who had relationships with Advisors Excel for business and marketing services. As for the TVA, Security Benefit initially worked with Advisors Excel, The Impact Partnership, LLC ("Impact Partnership"), Gradient Insurance Brokerage, Inc., and Creative One Marketing Corporation, Inc. (formerly known as Creative Marketing International Corporation) ("Creative One") to distribute the TVA through independent producers who had relationships with them for business and marketing services. The utilization of IMOs to distribute an insurer's products is typical in the industry, as the IMOs have the infrastructure and relationships with producers. Security Benefit also has (or had) written agreements with Advisors Excel, Impact Partnership, Gradient Insurance Brokerage, Inc., and Creative One.

5.  Security Benefit relies on IMOs to recruit insurance producers to sell its SIA and TVA products. Independent producers can associate with one or more IMOs. An IMO typically distributes to its producers information about annuity products offered by the life insurance companies with whom the IMO contracts. An IMO may also provide its own proprietary training, education, marketing, business services, and "back-end office" support.

6.  Security Benefit did not require independent producers who sold the TVA and/or the SIA to limit the annuity products they sold to Security Benefit annuities. The independent producers were free to sell annuities offered by other insurance companies. Security Benefit does not direct independent producers on which products to sell or control any aspect of the independent producers' sales strategies or business operations. Security Benefit does not train independent

3

producers on their point-of-sale approach. Security Benefit does not provide independent producers with, or mandate the use of, sales scripts or any particular marketing materials in their individual sales presentations. Security Benefit is not present in the independent producers' meetings with their clients, and so cannot know what information each producer discloses in each client meeting.

7. Independent producers and IMOs were not paid a fixed salary for selling SIA and TVA products. Instead, independent producers and IMOs are paid commissions for the sale of SIA and TVA products. Security Benefit does not have a policy requiring independent producers to meet specific sales thresholds for the SIA or TVA.

8. The SIA was introduced in February 2011 and quickly became Security Benefit's bestselling annuity. There were substantial sales of the SIA by the end of 2013, even before the introduction of the Morgan Stanley Dynamic Allocation ("MSDA") Index crediting option on the SIA in 2014.

### III. IMOs AND INDEPENDENT PRODUCERS ARE SEPARATE AND INDEPENDENT FROM SECURITY BENEFIT, ACTING IN FURTHERANCE OF THEIR SELF-INTEREST

9. IMOs and independent producers are independent and separate from Security Benefit. The IMOs and independent producers operate in unique and diverse ways in furtherance of their own self-interests. For example, Security Benefit does not require IMOs to offer their independent producers access to only Security Benefit products, including the SIA and TVA. Instead, IMOs typically offer the independent producers access to annuities and/or other financial and insurance products from a number of different life insurance companies, including some of Security Benefit's direct competitors. I am not aware of any IMO that requires its independent producers to exclusively sell Security Benefit products. During my time at Security Benefit, it has

not been Security Benefit's policy to require that IMOs only offer independent producers access to Security Benefit products.

10. Independent producers who contract with Security Benefit come from a diverse spectrum of experiences that result in varying ways of running their business. Independent producers have varying levels of experience and can operate as a small-producer office or work with a large team of other producers and staff.

11. The independent producers who sell Security Benefit's SIA and TVA are not required to limit the annuity products they sell to SIA and TVA. Rather, each independent producer is free to contract with other insurance companies to sell annuities offered by those companies. Many independent producers sell annuity products from several insurance companies. I am not personally aware of any independent producer that sells only Security Benefit products. During my time at Security Benefit, it has not been Security Benefit's policy that independent producers sell only Security Benefit products.

12. Many independent insurance producers also offer financial products other than fixed index annuities. For example, some independent producers have securities licenses that allow them to offer mutual funds, variable annuities or other types of securities. It is up to the independent producer to determine what to recommend based on the types of financial products they are able to offer from the companies they work with.

### IV. SECURITY BENEFIT DOES NOT CONTROL OR DIRECT THE ACTIVITIES OF INDEPENDENT INSURANCE PRODUCERS

13. Security Benefit does not direct or control producers' activities. Security Benefit does not direct independent producers on which products to sell, nor does Security Benefit control any aspect of the independent producers' sales strategies or business operations. Independent producers are not restricted from selling the products of other insurance companies.

5

14. I have read and reviewed the June 13, 2025, Declaration of Mr. Frederick N. Egler, which I understand was attached as exhibit to the Declaration of Russell Rennie in support of Plaintiffs' Motion for Class Certification. In Mr. Egler's declaration, he states that "[Security Benefit] created a network of producers that provided it with an unusually high degree of control over those producers' sales and marketing activities." (*See* Egler Decl., at ¶ 116.) This is inaccurate. Security Benefit does not control independent producers' sales and marketing activities. Instead, Security Benefit makes available to producers product information, including, but not limited to, information regarding premium bonuses, interest crediting rates, surrender charges, and any applicable riders, such as the Guaranteed Lifetime Withdrawal Benefit ("GLWB") Rider for the SIA and TVA, and the Guaranteed Minimum Death Benefit ("GMDB") rider for the TVA. This information is made available to independent producers through a variety of methods, including, but not limited to: (1) marketing materials available; (2) Security Benefit's support line for IMOs and independent producers; (3) email communications and bulletins for IMOs and independent producers; and (4) Security Benefit's IMO channel dedicated websites. Security Benefit goes to great lengths to ensure that the independent producers are equipped with accurate information about the products they are appointed to sell.

15. Mr. Egler also states in his declaration that in his "experience," the "product training that an agent receives from a marketing organization will mirror the training that the insurer provides to its marketers." (*See* Egler Decl., at ¶ 60.) This is inaccurate. Security Benefit does want the IMO to share accurate product descriptions with their independent producers. However, there is no requirement that the IMOs will exactly "mirror" the product training from Security Benefit to the independent producers.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 29th day of September, 2025, at Topeka, Kansas.

/s/ _____
Craig Weishaar