IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| WILLIAM CARRICK *et al.*, individually and on behalf of themselves and others similarly situated,<br><br>        Plaintiffs,<br>v.<br><br>SECURITY BENEFIT LIFE INSURANCE COMPANY,<br><br>        Defendant. | No. 5:20-cv-04038-HLT-RES |

**SUPPLEMENTAL DECLARATION OF RUSSELL RENNIE IN SUPPORT OF (1) PLAINTIFFS' REPLY MEMORANDUM OF LAW IN SUPPORT OF CLASS CERTIFICATION; (2) PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT'S MOTION TO EXCLUDE DECLARATION AND OPINIONS OF CRAIG J. MCCANN, PH.D.; (3) PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO EXCLUDE THE EXPERT DECLARATION OF FREDERICK N. EGLER; AND (4) PLAINTIFFS' RESPONSE TO DEFENDANT'S OBJECTIONS TO EVIDENCE**

I, Russell Rennie, hereby declare as follows:

      1.      I am an attorney at the law firm of Susman Godfrey L.L.P. and counsel for Plaintiffs in the above-captioned litigation and admitted *pro hac vice* in this matter. I have personal knowledge of the facts set forth herein and, if called as a witness, would testify competently thereto.

      2.      I make this supplemental declaration in support of (1) Plaintiffs' Reply Memorandum of Law in Support of Class Certification; (2) Plaintiffs' Memorandum of Law in Opposition to Defendant's Motion to Exclude Declaration and Opinions of Craig J. McCann, Ph.D.; (3) Plaintiffs' Opposition to Defendant's Motion to Exclude the Expert Declaration of Frederick N. Egler; and (4) Plaintiffs' Response to Defendant's Objections to Evidence.

      3.      Attached hereto are true and correct copies of the following:

1

| Exhibit No. | Description | Bates Range |
|---|---|---|
| 95 | Rebuttal Declaration of James Rouse in Support of Plaintiffs' Motion for Class Certification | |
| 96 | Excerpts of October 29, 2025 Deposition of Mary Bahna-Nolan | |
| 97 | Excerpts of November 14, 2025 Deposition of David Much | |
| 98 | Excerpts of October 31, 2025 Deposition of Reynaldo Cruz | |
| 99 | Excerpts of November 18, 2025 Deposition of Matthew Copley | |
| 100 | Excerpts of November 6, 2025 Deposition of Dennis Stewart | |
| 101 | Excerpts of February 5, 2025 Deposition of William Carrick | |
| 102 | Excerpts of March 5, 2025 Deposition of Donald Cox | |
| 103 | Excerpts of March 6, 2025 Deposition of Martha Miller Cox | |
| 104 | Excerpts of December 18, 2024 Deposition of Howard Rosen | |
| 105 | Excerpts of November 22, 2024 Deposition of Terri Stauffer-Schmidt | |
| 106 | Excerpts of March 18, 2025 Deposition of Michael Webber | |
| 107 | Excerpts of March 19, 2025 Deposition of Michael Webber | |
| 108 | Excerpts of April 15, 2025 Deposition of Wai Hee Yuen | |
| 109 | Excerpts of October 29, 2025 Deposition of Sarah Butler | |
| 110 | Document - Suitability Policies and Procedures | SBL-000102404 – SBL-000102411 |
| 111 | November 17, 2017 Letter from Gary Garhart to Policy Holder (Excerpted from Customer Complaint File for | SBL-000537777 – SBL-000537778 |

| **Exhibit No.** | **Description** | **Bates Range** |
|---|---|---|
| | Contract 5450021029 (Bates Numbers SBL-000537775 - SBL-000537886)) | |
| 112 | September 22, 2020 Letter from Gary Garhart to Policy Holder (Excerpted from Customer Complaint File for Contract 545001209 (Bates Numbers SBL-000537883 - SBL-000537962)) | SBL-000537884 |
| 113 | May 11, 2020 Letter from Gary Garhart to Policy Holder | SBL-000536732 – SBL-000536733 |
| 114 | July 13, 2020 Letter from Gary Garhart to Policy Holder (Excerpted from Customer Complaint File for Contracts 5450007314, 5450007316, 5450007324, 5450010736 (Bates Numbers SBL-000537649 - SBL-000537774)) | SBL-000537652 |
| 115 | May 1, 2014 Letter from Gary Garhart to Policy Holder (Excerpted from Customer Complaint File for Contract 5450001768 (Bates Numbers SBL-000537963 - SBL-000538096)) | SBL-000537965 – SBL-000537966 |
| 116 | April 25, 2022 Letter from Gary Garhart to South Carolina Department of Insurance (Excerpted from Customer Complaint File for Contract 5440039424 (Bates Numbers SBL-000538588 - SBL-000538900)) | SBL-000538601 – SBL-000538602 |
| 117 | November 10, 2017 Letter from Gary Garhart to Arizona Department of Insurance (Excerpted from Customer Complaint File for Contract 5440002663 (Bates Numbers SBL-000539458 - SBL-000539878)) | SBL-000539466 – SBL-000539669 |
| 118 | Rebuttal Declaration of Craig J. McCann, Ph.D., CFA in Support of Plaintiffs' Motion for Class Certification | |
| 119 | Excerpts of September 2, 2025 Deposition of Frederick N. Egler | |
| 120 | Excerpts of October 30, 2025 Deposition of Mukarram Attari | |
| 121 | Rebuttal Declaration of Frederick N. Egler | |
| 122 | Stipulation of Agreement Regarding Data Security for Personal Identifiable Information Produced by Security Benefit Life Insurance Company | |

| Exhibit No. | Description | Bates Range |
|---|---|---|
| 123 | Security Benefit Life Insurance Co.'s Consolidated Financial Statements for the Years Ending December 31, 2018, 2019, and 2020 | |
| 124 | Excerpts of May 23, 2025 Deposition of David Callanan (Advisors Excel) | |
| 125 | Excerpts of August 18, 2025 Deposition of Craig J. McCann, Ph.D. | |
| 126 | January 15, 2014 Email from Jordan Canfield re 100% MSDA Backcasting | SBL-000040768 – SBL-000040770 |
| 127 | Document - Morgan Stanley Mean Variance Optimization Follow-Up | SBL-000438440 – SBL-000438660 |
| 128 | Excerpts of May 1, 2025 Deposition of Doug Wolff | |
| 129 | Document - Document - Security Benefit Life Total Value Annuity Accumulation 100% ALTVI (attached as Exhibit 11 to March 7, 2025 Deposition of Roger Offermann) | SBL-000049690 – SBL-000049692 |
| 130 | Excerpts of February 6, 2025 Deposition of Greg Garhart | |
| 131 | February 17, 2015 Email from Rui Guo regarding SBL FIA requests | SBL-000285563 – SBL-000285569 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 15th day of December, 2025 at New York, New York

             */s/ Russell Rennie*
             Russell Rennie