IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| WILLIAM CARRICK, a Florida resident, HOWARD ROSEN, a California resident, TERRI L. STAUFFER-SCHMIDT, an Arizona resident, DONALD P. COX and MARTHA E. MILLER COX, Arizona residents, WAI HEE YUEN, an Arizona resident, MICHAEL A. WEBBER, an Illinois resident, individually and on behalf of themselves and others similarly situated, | Case No. 5:20-cv-04038-HLT-RES |
| Plaintiffs, | |
| v. | |
| SECURITY BENEFIT LIFE INSURANCE COMPANY, a Kansas corporation, | |
| Defendant. | |

**JOINT STIPULATION REQUESTING**
**A STAY PENDING RESOLUTION OF RULE 23(f) PETITION**

Plaintiffs William Carrick, Howard Rosen, Terri L. Stauffer-Schmidt, Donald P. Cox, Martha E. Miller Cox, Wai Hee Yuen, and Michael A. Webber (collectively, "Plaintiffs") and Defendant Security Benefit Life Insurance Company ("Security Benefit") ("Security Benefit" and "Plaintiffs" referred together as the "Parties"), submit the following joint stipulation regarding the case schedule.

1. WHEREAS, the Sixth Amended Scheduling Order (Dkt. 287) requires the Parties to submit a proposed scheduling order with proposed remaining deadlines 14 days after a ruling on Plaintiffs' class certification motion.

2. WHEREAS, the Court issued an order denying Plaintiffs' class certification motion on September 22, 2026.

3. WHEREAS, on September 22, 2026, the Court also issued an order resolving the Parties' and non-parties' motions to seal or redact materials filed relating to Plaintiffs' class certification motion (the "Sealing Order"), which directed the Parties to publicly file redacted versions of certain documents and permitted Security Benefit to file renewed motions to seal proposing narrowly tailored redactions to certain documents, each within seven (7) days of the Sealing Order.

4. WHEREAS, on September 25, 2026, the Parties filed a joint motion to extend the deadlines set forth in the Sealing Order (Dkt. 405), which the Court subsequently granted on September 28, 2026, extending those deadlines to October 13, 2026 (Dkt. 406).

5. WHEREAS, Plaintiffs will file in the Tenth Circuit Court of Appeals, on October 6, 2026, a Rule 23(f) petition for permission to appeal the denial of their class certification motion.

6. WHEREAS, good cause exists here to grant the Parties' Joint Stipulation because the resolution of Plaintiffs' Rule 23(f) petition will significantly impact the next steps, timing, and presentation of issues that remain to be decided by this Court. For example, if the Tenth Circuit grants Plaintiffs' Rule 23(f) petition, Plaintiffs may move to further stay the proceedings in the District Court pending resolution of the appeal.

7. WHEREAS, the Parties agree that staying proceedings here until the Tenth Circuit resolves Plaintiffs' Rule 23(f) petition will serve interests of efficiency and judicial economy, benefitting the Court and the Parties.

8. NOW THEREFORE, the Parties agree through their respective attorneys that this case shall be stayed pending the Tenth Circuit's resolution of Plaintiffs' Rule 23(f) petition,

provided, however, that the stay shall not apply to the Parties' obligations under the Sealing Order, as extended, including (a) the filing of public redacted versions of documents as directed by the Sealing Order, (b) the filing of any renewed motion to seal or redact contemplated by the Sealing Order, and (c) the Court's consideration and resolution of any such filings. The Parties further agree that they will submit a proposed scheduling order outlining a proposed schedule for next steps in the District Court within 14 days of the Tenth Circuit's ruling on Plaintiffs' Rule 23(f) petition.

IT IS SO STIPULATED.

Dated: October 6, 2026

By: */s/ Eric D. Barton*
Steven G. Sklaver (*pro hac vice*)
Glenn Bridgman (*pro hac vice*)
Michael Adamson (*pro hac vice*)
**SUSMAN GODFREY LLP**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Tel: 310-789-3100
Fax: 310-789-3150
ssklaver@susmangodfrey.com
gbridgman@susmangodfrey.com
madamson@susmangodfrey.com

Seth Ard (*pro hac vice*)
Russell Rennie (*pro hac vice*)
**SUSMAN GODFREY LLP**
One Manhattan West
New York, NY 10001
Tel.: 212-336-8330
Fax: 212-336-8340
sard@susmangodfrey.com
rrennie@susmangodfrey.com

Eric D. Barton (KS #16503)
Tyler W. Hudson (KS #20293)
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112

By: */s/ Jacob T. Schmidt*
Robert D. Phillips, Jr. (*Pro Hac Vice*)
Bo.Phillips@alston.com
Samuel J. Park (*Pro Hac Vice*)
Samuel.Park@alston.com
Gillian H. Clow (*Pro Hac Vice*)
Gillian.Clow@alston.com
Jonathan J. Kim (*Pro Hac Vice*)
Jonathan.Kim@alston.com
**ALSTON & BIRD LLP**
350 S. Grand Ave., Suite 5100
Los Angeles, CA 90071

Holly A. Dyer KS# 16644
hdyer@foulston.com
Anthony F. Rupp KS# 11590
trupp@foulston.com
Jacob T. Schmidt KS# 28917
jschmidt@foulston.com
**FOULSTON SIEFKIN LLP**

*Attorneys for Defendant*

Telephone: (816)701-1100
Fax: (816) 531-2372
ebarton@wcllp.com
thudson@wcllp.com

Andrew S. Friedman (*pro hac vice*)
Francis J. Balint, Jr. (*pro hac vice*)
**BONNETT FAIRBOURN FRIEDMAN & BALINT, PC**
7301 North 16th St., Suite 102
Phoenix, AZ 85020
Tel.: (602) 274-1100
afriedman@bffb.com
fbalint@bffb.com

Adam M. Moskowitz (*pro hac vice*)
Howard Mitchell Bushman (*pro hac vice*)
Joseph M. Kaye (*pro hac vice*)
**THE MOSKOWITZ LAW FIRM, PLLC**
3250 Mary Street
Miami, FL 33133
Tel: (305) 740-1423
Fax: (786) 298-5737
adam@moskowitz-law.com
howard@moskowitz-law.com
joseph@moskowitz-law.com

Ingrid M. Evans (*pro hac vice*)
**EVANS LAW FIRM, INC.**
3053 Fillmore Street, Suite 236
San Francisco, CA 94123
Tel: (415) 441-8669
Ingrid@evanslaw.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I certify that on October 6, 2026, I electronically filed the foregoing document with the clerk of the Court and served counsel of record via the CM/ECF system.

Dated: October 6, 2026

/s/ *Eric D. Barton*
Attorney for Plaintiffs