UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

October 7, 2026

Michael Brent Adamson
Glenn C. Bridgman
Kimberly C. Page
Steven Gerald Sklaver
Susman Godfrey
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029

Seth Ard
Russell F. Rennie
Susman Godfrey
One Manhattan West, 50th Floor
New York, NY 10001

Francis Joseph Balint Jr.
Andrew S. Friedman
Bonnett, Fairbourn, Friedman & Balint
7301 North 16th Street, Suite 102
Phoenix, AZ 85016

Eric David Barton
Tyler W. Hudson
Wagstaff & Cartmell
4740 Grand Avenue, Suite 300
Kansas City, MO 64112

Howard M. Bushman
Joseph M. Kaye
Adam M. Moskowitz
Moskowitz Law Firm
P.O. Box 653409
Miami, FL 33175

Ingrid M. Evans
Evans Law Firm
3053 Fillmore Street, Suite 236
San Francisco, CA 94123

**RE: 26-605, Clinton, et al v. Security Benefit Life Insurance Company**
Dist/Ag docket: 5:20-CV-04038-HLT-RES

Dear Counsel:

The court has received and docketed a petition for permission to appeal. Please note the case number above. In addition, please note the following requirements:

**Entries of Appearance.** All parties represented by counsel must file an entry of appearance **within 14 days** of the date of this letter. *See* 10th Cir. R. 46.1(A) and (D). All attorneys representing the same party should sign and file a single entry of appearance form. Any attorney who does not enter an appearance by this deadline will be removed from the service list for this case.

**Disclosure Statement.** All entities represented by counsel must file a Federal Rule of Appellate Procedure 26.1 disclosure statement **within 14 days** of the date of this letter. *See* 10th Cir. R. 26.1(A). A disclosure statement must be filed even if there is nothing to disclose. Disclosure statements must be updated promptly as necessary. 10th Cir. R. 26.1(C).

**Answer.** Any answer to the petition must be filed **within 10 days** after the petition is served. *See* Fed. R. App. P. 5(b)(2).

You will be notified when the court takes action on this matter.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc: Gillian H. Clow
Holly Dyer

Jonathan J. Kim
Samuel J. Park
Robert D. Phillips Jr.
Anthony F. Rupp
Jacob Thomas Schmidt
Kristin A. Shepard
Jesse G. Steinbach
Michael A. Valerio

CMW/sls